**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANTONIO MCDOWELL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 25 CV 14635 |
| | ) | |
| v. | ) | Hon. Judge Elaine E. Bucklo |
| | ) | |
| REYNALDO GUEVARA, *et al.* | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**NOTICE OF MOTION**

TO:    Counsel of Record

Please take notice that on Wednesday, April 29, 2026, at 9:45 a.m., I shall appear before the Honorable Judge Elaine E. Bucklo in Courtroom 2243, where she usually presides, or before anyone sitting in her stead, in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present **Defendants Cline, Mingey, and Biebel's Motion to Dismiss**.

Date: April 23, 2026

Respectfully submitted,

/s/ Carl M. Johnson
CARL M. JOHNSON, Atty No. 6317661
Special Assistant Corporation Counsel
*One of the Attorneys for Defendants Philip J. Cline,*
*Edward Mingey, and Robert Biebel*

James G. Sotos
Josh M. Engquist
Jeffrey R. Kivetz
Jeffrey C. Grossich
Carl M. Johnson
Special Assistant Corporation Counsel
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd., Suite 1240A
Chicago, IL 60604
Tel: (630) 735-3300
cjohnson@jsotoslaw.com