**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ANTONIO MCDOWELL, | ) | |
| | ) | |
| *Plaintiff*, | ) | Case No.: 25-CV-14635 |
| | ) | |
| v. | ) | Hon. Elaine E. Bucklo |
| | ) | District Judge |
| REYNALDO GUEVARA, et al., | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |

**MOTION FOR LEAVE TO FILE A SURREPLY BRIEF
IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff ANTONIO MCDOWELL respectfully requests that this Court grant him leave to file a brief surreply, submitted with this motion as Exhibit A, opposing Defendants Edward Mingey, Robert Biebel, and Philip Cline's motion to dismiss. In support of this request, Plaintiff states as follows:

1. On June 15, 2026, Defendants Mingey, Biebel, and Cline ("Moving Defendants") filed a reply in support of their motion to dismiss Plaintiff's complaint. Dkt. 71.

2. In that reply, the Moving Defendants argued for the first time that Plaintiff's complaint improperly engaged in "group pleading." *Id.* at 2. The Moving Defendants could have raised this argument in their original motion but chose not to.

3. The Moving Defendants' arguments about group pleading are forfeited because they were raised for the first time in reply. *Judge v. Quinn*, 612 F.3d 537, 542 (7th Cir. 2010); *White v. United States*, 8 F.4th 547, 553 (7th Cir. 2021).

4. Nevertheless, should the Court consider the Moving Defendants' forfeited arguments on group pleading, Plaintiff would like an opportunity to respond to them. The Court

typically allows a party to file a surreply where, as here, "the movant raises new arguments in a reply brief." *Meraz-Camacho v. United States*, 417 F. App'x 558, 559 (7th Cir. 2011); *accord Physicians Healthsource, Inc. v. A-S Medication Sols., LLC*, 950 F.3d 959, 968–69 (7th Cir. 2020).

WHEREFORE, Plaintiff respectfully requests that this Court grant him leave to file a brief surreply to respond to the Moving Defendants' reply in support of their motion to dismiss.

Dated: June 22, 2026

Respectfully submitted,

ANTONIO MCDOWELL

By: /s/ Aadi Tolappa
*Counsel for Plaintiff*

Jon Loevy
Anand Swaminathan
Steve Art
Lyla Wasz-Piper
Aadi Tolappa
LOEVY & LOEVY
311 N Aberdeen St, 3rd Fl
Chicago, IL 60607
(312) 243-5900