**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANTONIO MCDOWELL, | ) | |
| Plaintiff, | ) | Case No. 25-cv-14635 |
| *v.* | ) | Hon. Elaine E. Bucklo<br>United States District Judge |
| REYNALDO GUEVARA, *et al.*, | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed without prejudice, to be automatically converted to dismissal with prejudice on October 30, 2028, unless a party has moved to extend this date prior to October 30, 2028. Each side shall bear its own costs and attorneys' fees.

/s/ Steve Art
Jon Loevy
Anand Swaminathan
Steven Art
Attorney for plaintiff, Antonio Spraggs (aka McDowell)
Loevy + Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
(312) 243-5900
Attorney No. 6302319
FEIN: ____________
DATE: October 16, 2026

City of Chicago
a Municipal Corporation

Renee Camille Hatcher
Acting Corporation Counsel
Attorney for defendant City of Chicago

BY: [signature]
Jessica L. Felker
Deputy Corporation Counsel
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 744-6959
Attorney No. 6296357
DATE: 10/16/26

*Providing SSN is voluntary

Eileen E. Rosen
Theresa Berousek Carney
Rock Fusco & Connelly LLC
Special Assistant Corporation Counsel
333 W. Wacker Drive, 19th Floor
Chicago, Illinois 60606
(312) 494-1000
Attorney No. 6217428
Attorney No. 6308586

DATE: _10/16/2026________________

Josh M. Engquist
Attorney for Geri Lynn Yanow as Special Representative for Ernest Halvorsen, Bernard Brennan, Richard Maher, Daniel Engel, Hector Vergara, Alan Pergande, James Gilger, Randy Troche, Edward Mingey and Philip Cline
The Sotos Law Firm, PC
Special Assistant Corporation Counsel
141 W. Jackson Blvd., Suite 1240A
Chicago, Illinois 60604
630 735-3300
Attorney No. 6242849

DATE: 10/16/2026

Timothy Scahill
Attorney for defendant, Reynaldo Guevara
Borkan & Scahill, Ltd.
Special Assistant Corporation Counsel
20 S. Clark Street, Suite 1700
Chicago, Illinois 60603
312 580-1030
Attorney No. 6287296

DATE:__10/16/2026________________